

**FILED**

04/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0436

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0436

RICHARD DUCHARME,

    Petitioner and Appellee,

v.

JENNIFER BRICK,

    Respondent and Appellant.

**FILED**

APR 2 4 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

    Appellant Jennifer Brick has filed a motion for a 5-day extension of time to file her opening brief. Good cause appearing,

    IT IS HEREBY ORDERED that Appellant has until April 29, 2024, to file her opening brief.

    No further extensions will be granted.

    DATED this 24th day of April, 2024.

For the Court,

_____
Chief Justice